UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD,<br><br>　　　　　Respondent. | No. 2:15-cv-0724 GEB DB P<br><br><br>ORDER |

Petitioner has requested an extension of time to file objections to the court's findings and recommendations issued on January 16, 2018. (See ECF No. 32). He requests up to and including February 28, 2018 to do so. (See id.). This is petitioner's first request for an extension of time to file objections to the findings and recommendations.

Petitioner's objections to the findings and recommendations are currently due February 5, 2018.[1]  In support of this motion, petitioner states that: (1) he received the findings and recommendations on January 22, 2018, and (2) he needs time to obtain a copy of the notice that establishes when he received the findings. (Id.).

////

---

[1] The February 5, 2018 due date is based on petitioner's statement that he received the findings and recommendations on January 22, 2018. (See ECF No. 32; see also ECF No. 31 at 6 (court order directing petitioner's objections to be filed within fourteen days of service of order)).

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time to file objections to the court's findings and recommendations issued January 16, 2018 (ECF No. 32) is GRANTED, and

2. Petitioner's objections are now due February 28, 2018.

Given the length of this extension, no further extensions of time will be granted absent exigent circumstances.

Dated: February 7, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.HABEAS/down0724.111.obj.f&r