UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS, | No. 2:15-cv-0724 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| JEFFREY BEARD, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner's application was filed on April 1, 2015. (ECF No. 1). The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2018, the magistrate judge issued findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.

On January 26, 2018, petitioner filed a motion for extension of time to file objections to the findings and recommendations. (ECF No. 32). The magistrate judge granted the motion, giving petitioner until February 28, 2018 to file his objections. (ECF No. 33). At that time, the

////

////

1

court warned petitioner that no further extensions of time would be granted absent exigent circumstances. (*Id*. at 2). The magistrate judge's decision to deny petitioner any additional extensions of time appears to stem from the fact that petitioner has a well-documented history of requesting extensions of time in this matter. (*See* ECF No. 31 at 2 (documenting court's grant of six extensions of time to petitioner to file an amended habeas petition and court's denial therein of two subsequent extension requests to file same)).

On February 26, 2018, petitioner filed a second motion for extension of time to file objections to the findings and recommendations. (ECF No. 36). Petitioner's extension request was denied given his failure to show the existence of exigent circumstances that would warrant a grant of the motion. (*See* ECF No. 37 at 3).

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist*., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts requires this court to "issue or a deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11, 28 U.S.C. foll. § 2254. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b). For the reasons set forth in these findings and recommendations it does not appear the claims petitioner has sought to raise in this action are cognizable under the federal habeas corpus statute or that petitioner has made a substantial showing of the denial of a constitutional right. Accordingly, this court will not issue a certificate of appealability.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued January 16, 2018 (ECF No. 31) are ADOPTED in full;

2. Petitioner's motions for relief and sanctions (ECF Nos. 25, 26) are DENIED,

3. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED for failure to prosecute; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: March 27, 2018.

UNITED STATES DISTRICT JUDGE